# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ALLTRISTA ZINC PRODUCTS LP,

    VS                                                    CASE NO. 4:04CV487-WS/WCS

VECTOR CORROSION TECHNOLOGIES INC, et. al.,

## REFERRAL AND ORDER

The **joint** motion/pleading was filed by on 07/14/2005 (document #38), and referred to Magistrate Judge William C. Sherrill on 07/20/2005.

Summary of motion/pleading: JOINT MOTION FOR AMENDMENT OF ORDER OF JUNE 15, 2005 EXTENDING DEADLINES FOR DISCOVERY RESPONSES

                                      WILLIAM M. MCCOOL, CLERK OF COURT

                                      s/ Angela Maxwell
                                    DEPUTY CLERK

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 20th day of July, 2005, the requested relief is **GRANTED.**

                                      S/ William C. Sherrill
                                    UNITED STATES MAGISTRATE JUDGE