Page 1 of 1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALLTRISTA ZINC PRODUCTS L.P. and
FLORIDA DEPARTMENT OF
TRANSPORTATION,

        Plaintiffs.

v.                                                                  4:04cv487-WS

VECTOR CORROSION TECHNOLOGIES,
INC., VECTOR CONSTRUCTION, INC.,
d/b/a VECTOR CONSTRUCTION GROUP,
INC., and DAVID WHITMORE and CHRIS
BALL,

        Defendants.

_____

## ORDER GRANTING PARTIES MOTION TO SUSPEND DEADLINES

Before the court is the parties' notice of tentative settlement and joint motion to suspend deadlines. Doc. 44. There being no objection to the motion, it is ORDERED:

The parties' motion to suspend deadlines (docs. 44) is GRANTED.

DONE AND ORDERED this August 22, 2005.

                                                        /s William Stafford
                                                        WILLIAM STAFFORD
                                                        SENIOR UNITED STATES DISTRICT JUDGE