Page 1 of 1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALLTRISTA ZINC PRODUCTS L.P. and
FLORIDA DEPARTMENT OF
TRANSPORTATION,

        Plaintiffs.

v.                                              4:04cv487-WS

VECTOR CORROSION TECHNOLOGIES,
INC., VECTOR CONSTRUCTION, INC.,
d/b/a VECTOR CONSTRUCTION GROUP,
INC., and DAVID WHITMORE and CHRIS
BALL,

        Defendants.

## ORDER OF DISMISSAL

Before the court is the parties' Joint Stipulation of Dismissal with Prejudice. Doc. 49. The court having reviewed the Stipulation, it is ORDERED:

    1. The parties' Joint Stipulation of Dismissal (doc. 49) is APPROVED.

    2. This action, including all claims and counterclaims, is hereby DISMISSED with prejudice, with each party to pay its own costs and fees.

    3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this September 29, 2005.

                              /s William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE